UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ELLERY MYERS, ET AL.** | **CIVIL ACTION NO. 17-0621** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BHUPINDER S. DHILLON, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 24], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' "Motion to Quash Service/Process" [Doc. No. 22] is GRANTED, and the purported service on Chauhan Carrier, Inc. and Redwood Fire and Casualty Insurance Company is QUASHED.

IT IS FURTHER ORDERED that, within thirty (30) days from the date of this Judgment, Plaintiffs shall file evidence of valid service on all defendants, failing which the claims against any unserved defendant will be dismissed.

IT IS FURTHER ORDERED that Plaintiffs may amend their complaint within thirty (30) days from the date of this Judgment.

MONROE, LOUISIANA this 6th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE