UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ELLERY MYERS** | **CIVIL ACTION NO. 17-cv-0621** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BHUPINDER SINGH DHILLON, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' **Motion to Dismiss** [Doc. No. 29] is **GRANTED**, and this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to make timely service on any defendant and for failure to prosecute.

Monroe, Louisiana, this 9th day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**